UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>

UNITED STATES OF AMERICA,

                                                03-CR-244S

    -v-

LEMAR JONES,

        Defendant.

_____

**<u>ORDER</u>**

Upon consideration of the motion of the United States of America requesting the transfer of valuable property in the amount of $620.00 by the Federal Bureau of Investigation (FBI) to the United States Attorney's Office for the Western District of New York, in partial satisfaction of the restitution imposed by the Criminal Judgment in the above-captioned action, and further upon the complete record of this matter to date, and further there having been no response to the Government's motion by Defendant despite being provided an opportunity to file a response,

**IT IS HEREBY ORDERED** that the FBI convey and remit to the United States Attorney's Office for the Western District of New York, payable to United States District Court:

        $620.00 in United States Currency, acquired
        from the defendant, LEMAR JONES, on February
        22, 2003.

The above property was seized from the person of defendant, LEMAR JONES, by the FBI on February 22, 2003, and is now in the possession of the FBI.

**FURTHER**, that the Government's Motion for Transfer of Property (Docket No. 61) is GRANTED.

**SO ORDERED:**

DATED:   Buffalo, New York, October 5, 2005

/s/William M. Skretny
WILLIAM M. SKRETNY
UNITED STATES DISTRICT JUDGE
